```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
CHARLES ROBBINS,                                               :
                                                               :
                        Plaintiff,                             :
                                                               :            23-cv-10619 (LJL)
        -v-                                                    :
                                                               :                ORDER
CANDY DIGITAL INC., FANATICS, LLC, FANATICS                    :
HOLDINGS, INC., SCOTT LAWIN and ANTHONY                        :
FITZGERALD,                                                    :
                                                               :
                        Defendants.                            X
---------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

       Defendants Candy Digital, Inc., Scott Lawin, and Anthony Fitzgerald have filed a letter motion to compel Plaintiff to execute HIPAA releases, which Plaintiff has opposed.  Dkt. Nos. 72, 73.  The Court will hold a conference on the motion to compel on Monday, November 4, 2024, at 11:00 a.m.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

       SO ORDERED.

Dated: November 1, 2024
      New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge