UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 6/4/2025

CHARLES ROBBINS,

                                    Plaintiff,                           23-CV-10619 (LJL)(SN)

                    -against-                                            **ORDER**

CANDY DIGITAL, INC., et al.,

                                    Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    In light of the close of all discovery on June 3, 2025, the parties are directed to meet and

confer whether a settlement conference would be productive at this time. Currently, the Court is

only able to accommodate settlement conferences starting in August 2025. The parties should not

anticipate that litigation deadlines will be adjourned in response to late requests for settlement

conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah

Shaw with both parties on the email, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement

conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      June 4, 2025
            New York, New York