```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2025

**CHARLES ROBBINS,**

                        **Plaintiff,**                  23-CV-10619 (LJL)(SN)

      -against-                               **ORDER**

**CANDY DIGITAL, INC., et al.,**

                        **Defendants.**

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The Court previously issued an order indicating that discovery closed on June 3, 2025. ECF No. 120. The Court acknowledges that all discovery is currently stayed pending a decision on Defendants' motion to dismiss. ECF No. 105. Nonetheless, the parties are directed to meet and confer whether a settlement conference would be productive at this time. Currently, the Court is only able to accommodate settlement conferences starting in August 2025. If the parties believe that a settlement conference would be productive, they are directed to contact Courtroom Deputy Diljah Shaw with both parties on the email, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:      June 13, 2025
                 New York, New York