UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHARLES ROBBINS,

                        Plaintiff,                            23-CV-10619 (LJL)(SN)

        -against-                                                 **ORDER**

CANDY DIGITAL, INC., et al.,

                        Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of Judge Liman's decision on Defendants' motions to dismiss, the parties are directed to meet and confer whether a settlement conference would be productive at this time. Currently, the Court is only able to accommodate settlement conferences starting in October 2025. The parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the email, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      August 19, 2025
                 New York, New York